12/06/2006 15:42    4122615905                 LAW OFFICE                              PAGE 02/02
      12-05-'06 15:11 FROM-                                                T-258 P002/004 F-278

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., by
JAMES R. KLEIN, Administrator,

        Plaintiff,

    vs.

CASEWORKS, INC.,

        Defendant.

Civil Action No. 06-1252

## CONSENT ORDER

AND NOW, this 7th day of Dec, 2006, the parties agree that judgment is hereby entered in favor of the Plaintiff and against Defendant Caseworks, Inc. in the amount of $27,544.96, payable as follows:

| | |
|---|---|
| By December 5, 2006 | $ 1,569.34 |
| By December 15, 2006 | $ 6,014.37 |
| By January 15, 2007 | $ 6,014.37, plus additional interest from November 30, 2006 |
| By February 15, 2007 | $13,956.78 |

Defendant agrees to timely submit all future reports and payments due to Plaintiff beginning with the November 2006 report that is due December 30, 2006.

It is further ordered that Plaintiff shall refrain from executing on such Judgment so long as Defendant fully and timely complies with the terms of this Order.

CONSENTED TO:

_____
Jeffrey J. Leech, Esquire
Neil J. Gregorio, Esquire
Attorneys for Plaintiff

_____
Michael J. Seymour, Esquire
Attorney for Defendant Caseworks, Inc.
LIT:407376-1 010342-113855

_____
United States District Judge